## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lori Malick                                    CHAPTER 13

 Debtor(s)

                                                      BKY. NO. 26-12411 PMM


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of REO2025-NR1, LLC and index same on the master mailing list.


                Respectfully submitted,


/s/ Maggie Soboleski
_____
Maggie Soboleski
08 Jul 2026, 14:29:53, EDT


          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322

Document ID: 468698c0c82991334c51948c675c2afe96a0cb18757f003af66197ecbbb3b5b3