**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:  Lori Malick,**

|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |
|  | : |  |
|  | : | **Case No. 26-12411 (PMM)** |
|  | : |  |
| **Debtor.** | : |  |

**ORDER DISMISSING BANKRUPTCY CASE AND BARRING DEBTOR**

**AND NOW** a hearing with regard to the Order to Show Cause having been held and concluded on July 16, 2026;

AND the Debtor having failed to take any action in this case;

AND the Debtor having failed to appear at the hearing;

It is hereby **ordered** that:

1)  This bankruptcy case is **dismissed**; and

2)  The Debtor is **barred from filing another bankruptcy case, either individually or jointly with a spouse, within one (1) year of the date of this Order without further leave of Court.**

Date:  **7/16/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Lori Malick
717 S Lincoln Ave
Walnutport, PA 18088