United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 26-12411-pmm

Lori Malick                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 17, 2026 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lori Malick, 717 S Lincoln Ave, Walnutport, PA 18088-1327 |
| 15149958 | + | KLM Law Group, 701 Market St, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 18 2026 02:24:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 18 2026 02:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 18 2026 02:24:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15158313 | + | Email/Text: bankruptcy@acacceptance.com | Jul 18 2026 02:24:00 | American Credit Acceptance, 961 E Main St, Spartanburg SC 29302-2149 |
| 15162394 | ^ | MEBN | Jul 18 2026 02:14:49 | REO2025-NR1, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15149957 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 18 2026 02:24:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15153425 | + | Email/Text: RASEBN@raslg.com | Jul 18 2026 02:24:00 | U.S. Bank Trust Company, National Association, C/O Robert Brian Shearer, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 17, 2026 | Form ID: pdf900 | Total Noticed: 9

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MAGGIE S SOBOLESKI | |
| | on behalf of Creditor REO2025-NR1  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| ROBERT BRIAN SHEARER | |
| | on behalf of Creditor U.S. Bank Trust Company  National Association rshearer@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:  Lori Malick,**

|   |   |   |
|---|---|---|
| | : | **Chapter 13** |
| | : | |
| | : | **Case No. 26-12411 (PMM)** |
| | : | |

**Debtor.**

**ORDER DISMISSING BANKRUPTCY CASE AND BARRING DEBTOR**

**AND NOW** a hearing with regard to the Order to Show Cause having been held and

concluded on July 16, 2026;

AND the Debtor having failed to take any action in this case;

AND the Debtor having failed to appear at the hearing;

It is hereby **ordered** that:

1)  This bankruptcy case is **dismissed**; and

2)  The Debtor is **barred from filing another bankruptcy case, either individually or**

   **jointly with a spouse, within one (1) year of the date of this Order without**

   **further leave of Court.**


**Date:  7/16/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Lori Malick
717 S Lincoln Ave
Walnutport, PA 18088